**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 8, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00866-CV**

---

**IN RE SPIRES ASSOCIATION AND ALEX RAMIREZ, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-44090**

---

## MEMORANDUM OPINION

On November 22, 2022, relators Spires Association and Alex Ramirez filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the

Honorable Elaine Palmer, presiding judge of the 215th District Court of Harris County, to vacate the trial court's September 12, 2022 order granting plaintiffs' motion for spoliation instructions and ordering sanctions.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.